### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No.  09-cv-00164-REB-CBS

PAMELA K. HELSPER,

    Plaintiff,

v.

MICHAEL CHERTOFF, Secretary Department of Homeland Security, (DHS), Transportation Security Administration (TSA) Agency,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulation of Dismissal** [#35] filed November 19, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation of Dismissal** [#35] filed November 19, 2009, is **APPROVED**;

    2.  That any pending motion, including **Defendant's Motion To Dismiss** [#20] filed July 15, 2009; the **Recommendation of United States Magistrate Judge** [#29] entered September 4, 2009; and plaintiff's **Motion To Consolidate, Pursuant to F.R.CP. 42 and For Leave To File An Amended Complaint** [#32] filed September 11, 2009, are **DENIED** as moot; and

3. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 19, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge